PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __NORTHERN__ DISTRICT OF TEXAS
__DALLAS__ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY -4 2022
CLERK, U.S. DISTRICT COURT
By_____
Deputy

GEORGE EDWARD PURDY, #02187077
Plaintiff's Name and ID Number

BRIDGEPORT CORRECTIONAL CENTER
Place of Confinement

**4-22CV-264-P**

CASE NO._____
(Clerk will assign the number)

v.

BOBBY LUMPKIN, Director, TDCJ-CID
Defendant's Name and Address

LINDA THOMAS, Warden, Bridgeport Unit
Defendant's Name and Address

BETTY MILLIGAN, Mail Room Supervisor, Bridgeport Unit
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? _X_ YES ___ NO

   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
   1. Approximate date of filing lawsuit: June 1, 2021
   2. Parties to previous lawsuit:

      Plaintiff(s) George Edward Purdy

      Defendant(s) Bobby Lumpkin, Director TDCJ-CID
   3. Court: (If federal, name the district; if state, name the county.) Western San Antonio 5th Cir.
   4. Cause number: No. 21-50482 in 5th Circuit, No. 5:20-CV-944 San Antonio
   5. Name of judge to whom case was assigned: XAVIER RODRIGUEZ
   6. Disposition: (Was the case dismissed, appealed, still pending?) Dismissed
   7. Approximate date of disposition: May 20, 2021

Previous lawsuits (continued):

1. Approx. date of filing: May 15, 2021
2. Parties:
    Plaintiff: George Edward Purdy
    Defendant: Director, TCDJ-CID
3. Courts: Northern District, Dallas Division - 5th Circuit Court
4. Cause Numbers: No. 3:20-CV-737-K-BN and No. 21-0090
5. Name of Judge: Ed Kinkeade
6. Disposition: 3:20-CV-737-K-BN dismissed October 14, 2021
    Notice of Appeal filed October 21, 2021
7. Approx. date of disposition: October 14, 2021 (appeal pending)

1. Approx. date of filing: December 10, 2021
2. Parties:
    Plaintiff: George Edward Purdy
    Defendant: Aaron J. Tompkins, et al.
3. Court: Eastern District of Texas
4. Cause Number: 1:21cv591
5. Name of Judge: Truncale/Hawthorn
6: Disposition: TBD
7. Approx date of disposition: N/A

II.  PLACE OF PRESENT CONFINEMENT: __BRIDGEPORT CORRECTIONAL CENTER__

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? _X_ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: __GEORGE EDWARD PURDY, BRIDGEPORT CORRECTIONAL CENTER, 4000 N. 10th St., BRIDGEPORT, TEXAS 76426-6140__

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: __BOBBY LUMPKIN, Director, TDCJ-CID__
__PO Box 99, Huntsville, Texas 77342-099__

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
__Failed to provide guidance and maintain TDCJ regulatory system__

Defendant #2: __LINDA THOMAS, Warden, Bridgeport Correctional Center__
__4000 N. 10th St., Bridgeport, Texas 76426-6140__

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
__Failed to assist in resolving problems in getting court fee paid__

Defendant #3: __BETTY MILLIGAN, Mail Room Supervisor, Bridgeport Unit__
__4000 N. 10th St., Bridgeport, Texas 76426-6140__

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
__Failed to correctly process payment of court fees in timely fashion__
__(ITF-25 Header Page missing from filing.)__

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

May 20, 2021 the lower court of appeals denied habeas corpus petition in USDC No. 5:20-CV-944 and petitioner filed Notice of Appeal June 1, 2021. This opened Case No. 21-50482 and the 5th Circuit Court of Appeals issued a notice that a $505 fee was due. Plaintiff attempted to make arrangements to pay the fee June 7 and June 10, 2021 (see I-60s) and filed Inmate Withdrawal slip and correctly addressed envelope with postage affixed. Letter was not returned to sender. Plaintiff file a motion to extend time based on predicted TDCJ delays in payment. TDCJ failed to pay the $505 fee to the court as well as a $25 state fee for DBA renewal for over 5 months. Appeal No. 21-50482 was dismissed due to failure to pay the fee August 4, 2021. Funds were available for the fee.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff requests damages in amount of $5,000,000 and discharge from TDCJ-CID with records sealed and SORNA de-registration.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

George Edward Purdy, George Purdy, No Name, No Slogan, Purdy Design

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
TDCJ #02187077

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?    ___YES  X  NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____

   2. Case number: _____

   3. Approximate date sanctions were imposed: _____

4

4. Have the sanctions been lifted or otherwise satisfied? ___YES ___NO

C. Has any court ever warned or notified you that sanctions could be imposed? __X__YES ___NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): Northern - Dallas
2. Case number: 3:21-cv-00303-S-BN
3. Approximate date warning was issued: February, 2021

Executed on: 2/16/22
DATE

*George Purdy* PRO SE

(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 16th day of February, 20 22.
         (Day)            (month)            (year)

*George Purdy*

(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

GEORGE PURDY #2187077
BRIDGEPORT UNIT
4000 N. 10th St.
BRIDGEPORT, TX 76426-6140

LEGAL MAIL

Clerk
United States District Court
Northern District of Texas
501 West Tenth St., Room 310
Fort Worth, TX 76102



RECEIVED
MAY - 4 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS



PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION